# Order

Michigan Supreme Court
Lansing, Michigan

May 30, 2007

132984

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

GEORGE JOHN BOLENBAUGH, III,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132984
COA: 270489
Muskegon CC: 00-045234-FH

On order of the Court, the application for leave to appeal the November 28, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007

s0521

_____
Clerk